# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 2:21 pm, Sep 30, 2020

```
MELBA WOOTEN,

     Plaintiff,

v.                                   CV 5:20-114

C R BARD INC.; BARD
PERIPHERAL VASCULAR, INC.;
MCKESSON CORPORATION, and
DOES 1 THROUGH 100, inclusive,

     Defendants.
```

### ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 34, wherein they notify the Court that they wish to dismiss all claims against Defendant McKesson Corporation without prejudice. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted against Defendant McKesson Corporation are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate Defendant McKesson Corporation as a party to this lawsuit. Plaintiff's claims against the other Defendants remain pending.

**SO ORDERED**, this 30 day of September, 2020.

```
_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```