
FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 1:02 pm, Jan 26, 2021

# United States District Court
# for the Southern District of Georgia
# Waycross Division

MELBA WOOTEN,

    Plaintiff,

v.

C R BARD INC.; BARD PERIPHERAL VASCULAR, INC., an Arizona corporation; and DOES 1 through 100, inclusive,

    Defendants.

CV 520-114

## ORDER

On October 26, 2020, the Parties jointly informed the Court that they were pursuing settlement and requested that the Court stay this case for ninety days to allow the Parties to continue settlement discussions. Dkt. No. 37. The Court granted the motion, staying the case through January 25, 2021. Dkt. No. 38. Now before the Court is the Parties' second joint motion to stay. Dkt. No. 42. Therein, the Parties inform the Court that they have reached a settlement in principle; the settlement resolves approximately 525 other similar cases. Id. Because of the logistics required to finalize such a far-reaching settlement, the Parties request an additional ninety days to finalize settlement. Id. After consideration, and for good cause shown, the Court **GRANTS** the Parties' motion. This case

shall be administratively **STAYED** through April 26, 2021. The Parties shall file either a stipulation of dismissal or a status report on or before that date. Additionally, in light of the pending settlement and in exercise of the Court's discretion to manage its docket, the Court **DENIES as moot** the pending motions to dismiss. Dkt. Nos. 2, 11. Should the Parties fail to finalize settlement, the Court will allow Defendants to renew their motions.

    **SO ORDERED**, this 26 day of January, 2021.

                                          HON. LISA GODBEY WOOD, JUDGE
                                          UNITED STATES DISTRICT COURT
                                          SOUTHERN DISTRICT OF GEORGIA